# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

IN RE:

**FRICKE, MICHELLE ANN**

Debtor(s)

**CASE NO. 10-40441**

CHAPTER 7 TRUSTEE'S INITIAL STATUS REPORT AND MINUTES OF 341(a) MEETING OF CREDITORS

DATE OF 341(a) MEETING: 05/05/10    LOCATION OF MEETING: Pocatello
NAME OF TRUSTEE: R. SAM HOPKINS    DATE CASE FILED: 03/23/10

RECORDING TRACK NO. 036

DEBTOR: ( ) SWORN AND EXAMINED  (X) DID NOT APPEAR  ( ) APPEARED
DEBTOR ADDRESS CHANGE: _____
DEBTOR ATTORNEY: ( ) PRESENT  ( ) NOT PRESENT  (X) PRO SE
    PRO SE
CREDITORS APPEARING: (X) NONE

ACTION ITEMS:

a.  (X) 341(a) Meeting Continued to: **05/19/10   11:00am**
b.  ( ) Dismiss for Failure of Debtor and/or Attorney to Appear
c.  ( ) Discharge Information Given to Debtor
d.  ( ) Unscheduled Assets Identified
e.  ( ) Do Not Dismiss -- Trustee Intends to Pursue Assets -- Trustee will file complaint to deny or revoke discharge if necessary

GENERAL COMMENTS:

( )  DEBTOR EXAMINED
(X)  SCHEDULES AND STATEMENT OF AFFAIRS FILED
(X)  STATEMENT OF INCOME AND EXPENDITURES FILED
( )  DEBTOR INFORMED OF FAILURE TO COOPERATE WITH TRUSTEE OR U.S. TRUSTEE OR SUBMIT REQUIRED REPORTS CONSTITUTE GROUNDS FOR DISMISSAL
( )  DEBTOR READ AND UNDERSTANDS BOTH STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341 AND STATEMENT FURNISHED BY R. SAM HOPKINS, TRUSTEE

/S/
R. SAM HOPKINS, TRUSTEE